Evan S. Strassberg (8279)
Richard F. Ensor (10877)
VANTUS LAW GROUP, P.C.
3165 East Millrock Drive, Suite 160
Salt Lake City, Utah 84121
Telephone: (801) 833-0506
Facsimile: (801) 931-2500

Attorneys for TFG-Indiana, L.P.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TFG-INDIANA, L.P., a Utah limited partnership,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HANCO, INC. d/b/a CLASSICO SEATING, an Indiana corporation, and HARRY T. RICHARDSON, an individual,<br><br>　　　　　　　　Defendants. | **DEFAULT JUDGMENT AGAINST DEFENDANTS HANCO, INC. d/b/a CLASSICO SEATING and HARRY T. RICHARDSON**<br><br>Case No. 2:12-cv-00146<br><br>Judge: David Nuffer |

　　　　Based upon the fact that this Court entered the default against two Defendants, HANCO, INC. d/b/a CLASSICO SEATING, an Indiana corporation, and HARRY T. RICHARDSON, an individual due to their failure to answer the complaint:

　　　　It is hereby ORDERED, ADJUDGED, and DECREED that judgment is awarded in favor of Plaintiff TFG-INDIANA, L.P against two Defendants HANCO, INC. d/b/a CLASSICO SEATING, an Indiana corporation, and HARRY T. RICHARDSON, an individual, in the principal amount of $884,988.94 jointly and severely.

Further, it is hereby ORDERED, ADJUGED, and DECREED that interest in the amount of $51,771.33 shall be awarded. This amount represents accrued interest at the rate of eighteen percent per annum, from the date of the filing of the Complaint, pursuant to the contract between the parties. Additional interest shall accrue at the rate of eighteen percent per annum (a per diem rate of $442.94) as provided in the contract.

Further, it is hereby ORDERED, ADJUDGED, and DECREED that attorney's fees and costs in the amount of $1,003.12, as expressly allowed by the parties' contract. This judgment may be augmented to include additional attorney's fees and costs incurred in collecting upon this judgment.

In light of the foregoing, the total amount of the judgment that is hereby entered against Defendants HANCO, INC. d/b/a CLASSICO SEATING, an Indiana corporation, and HARRY T. RICHARDSON, an individual, jointly and severally, is $937,763.99.

DATED this 7th day of June, 2012.

BY THE COURT:

_____
Judge David Nuffer
United States District Court